UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER RAPOSO<br>On behalf of himself and all<br>Others similarly situated,<br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>GARELICK FARMS, LLC,<br>　　　　　　　　Defendant. | CIVIL ACTION NO. |

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

　　　This Corporate Disclosure Statement is filed on behalf of Garelick Farms, LLC, ("Garelick Farms") in compliance with the provisions of Local Rule. 7.3. The filing party hereby declares that Garelick Farms' parent corporation is Dean East, LLC and that no publicly held corporation owns 10% or more of its stock.

　　　A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted,

/s/ Damon P. Hart
Diane M. Saunders, BBO# 562872
Damon P. Hart, BBO# 644586
Rachel Reingold Mandel, BBO# 660495
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Boston Place, Suite 3220
Boston, MA 02108
Telephone: 617.994.5700
Facsimile: 617.994.5701
diane.saunders@ogletreedeakins.com
damon.hart@ogletreedeakins.com
rachel.mandel@ogletreedeakins.com
julia.brumer@ogletreedeakins.com

November 2, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via First Class Mail to those indicated as non-registered participants on November 2, 2011.  I certify that on November 2, 2011, a true copy of the above document was served via First Class mail upon Maura A. Greene, Esq., Keegan Werlin, LLP, 265 Franklin Street, Boston, MA  02110-3113.

      /s/ Damon P. Hart
      Damon P. Hart

11215021.1 (OGLETREE)